

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16CR003 |
| | : | |
| | : | **INDICTMENT** J. BARRETT |
| V. | : | 18 U.S.C. § 1512(b)(1) |
| | : | |
| | : | |
| CODY LEE JACKSON | : | |

-----------------------

The Grand Jury charges that:

## COUNT 1
(Tampering with a Witness, Victim or an Informant)

Between December 16, 2015 and January 14, 2016, in the Southern District of Ohio, the defendant **CODY LEE JACKSON**, did knowingly intimidate, threaten and corruptly persuade and attempted to intimidate, threaten and corruptly persuade a minor by making repeated, threatening and harassing telephone calls to the minor with the intent to influence, delay, and prevent the testimony of the minor in an official proceeding, that is, a criminal trial.

In violation of Title 18, United States Code, Section 1512(b)(1).

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

*Emily N. Glatfelter*
_____
EMILY N. GLATFELTER
CINCINNATI BRANCH CHIEF