✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ OHIO

UNITED STATES OF AMERICA

V.

CODY LEE JACKSON

## NOTICE

CASE NUMBER:  1:16-cr-00003

TYPE OF CASE:

☐ **CIVIL**    ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart United States Courthouse<br>100 East Fifth Street<br>Cincinnati, OH  45202 | Courtroom 701 |
| | DATE AND TIME<br>1/22/2016 1:30 pm |

TYPE OF PROCEEDING

Initial Appearance on Indictment before Magistrate Judge Stephanie K. Bowman.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK
_____
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/20/2016                    s/Kevin Moser
_____         _____
DATE                          (BY) KEVIN MOSER, DEPUTY CLERK

TO: